[S. F. No. 15337. In Bank.—March 31, 1936.]

COLUMBIA CASUALTY COMPANY (a Corporation), Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION, SOPHRONIA A. WESTMORELAND et al., Respondents.

[S. F. No. 15336. In Bank.—March 31, 1936.]

Redman, Alexander & Bacon, A. B. Weiler and R. P. Wise-carver for Petitioners.

Everett A. Corten for Respondents.

THE COURT.—Petitions for writs of *certiorari* have been filed in each of the above-entitled causes. At the time the petitions were filed there was pending here a like petition for *certiorari* in cause S. F. No. 15335 (*ante,* p. 770 [56 Pac. (2d) 527]). As the petitions offered closely related and in large part identical questions, they were, by stipulation of the parties, consolidated for consideration and decision.

The decision in cause S. F. No. 15335, *Columbia Casualty Co.* v. *Industrial Acc. Com., Bertha R. Ridgway et al.,* having been this day filed, on the authority of the decision in that cause, the awards of the Industrial Accident Commission in each of the above-entitled causes are, and each of them is, affirmed.

Rehearing denied.